# United States District Court

for the

Southern District of Texas

UNITED STATES OF AMERICA )
V. )
**Ernesto Alejandro Arreola-Leal** ) Case Number:
**Mexico** )
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 4, 2024** (Date) in the county of **Webb** in the **Southern** District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 8 United States Code, Section 1326 | a citizen of Mexico, who was previously removed was thereafter found in the United States near Laredo, Texas. The said defendant has not obtained the consent of the Attorney General of the United States or Secretary of the Department of Homeland Security (March 1, 2003 and thereafter-Title 6 Code, Sections 202 and 557) for the reapplication by the said defendant for admission into the United States. |

This criminal complaint is based on these facts:

See attachment "A".

[X] Continued on the attached sheet.

/s/ Roberto Gonzalez
Complainant's Signature

**Roberto Gonzalez**
Printed Name and Title

Sworn to before me and signed in my presence,

Date: **September 5, 2024**

Judge's Signature

City and State: **Laredo, Texas**

**Diana Song Quiroga, U.S. Magistrate Judge**
Printed Name and Title

**[CONT OF BASIS OF COMPLAINT]**

On November 2, 2024, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) encountered Ernesto Alejandro Arreola-Leal at the Webb County Jail in Laredo, Texas after an arrest by the Laredo Police Department. ICE/ERO established that Ernesto Alejandro Arreola-Leal was a citizen of Mexico who was previously removed from the United States. A Notice of Action-Immigration Detainer, From I-247 was lodged against Arreola-Leal.

On November 4, 2024, Arreola-Leal was released from Webb County Jail to ICE/ERO Laredo and was issued a Notice of Intent/Decision to Reinstate Prior Order of Removal, Form I-871, pursuant to Section 241 (a)(5) of the INA.

Arreola-Leal was last removed from the United States to Mexico on December 22, 2022, from Laredo, TX. There is no record of Ernesto Alejandro Arreola-Leal applying for or receiving permission from the Attorney General or Secretary of the Department of Homeland Security to re-renter the United States after deportation.

**[END]**